# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gateway Fashion Mall, LLC, a Delaware Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) **ORDER RE MID-DISCOVERY** ) **STATUS CONFERENCE** |
| vs. | ) ) |
| Capital Exteriors, Inc., a North Dakota Corporation; Rose Hill Builders, LLC, an Oklahoma Limited Liability Company; Jon Roise, as an agent of Capital Exteriors, Inc. and/or individually; Parker Langford, as an agent of Capital Exteriors, Inc., and/or as an agent of Rose Hill Builders, LLC and/or individually, | ) ) ) ) ) ) ) Case No. 1:24-cv-073 ) ) ) |
| Defendants. | ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on December 10, 2024, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 6th day of August, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court