# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gateway Fashion Mall, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>Capital Exteriors, Inc., a North Dakota Corporation; Rose Hill Builders, LLC, an Oklahoma Limited Liability Company; Jon Roise, as an agent of Capital Exteriors, Inc. and/or individually; Parker Langford, as an agent of Capital Exteriors, Inc., and/or as an agent of Rose Hill Builders, LLC and/or individually,<br><br>    Defendants. | **AMENDED ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br><br>Case No. 1:24-cv-073 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on December 10, 2024, at 10:00 AM by telephone before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter access code 292466149. The conference may be recorded for the convenience of the court.

Dated this 30th day of September, 2024.

                                                            */s/ Clare R. Hochhalter*
                                                            Clare R. Hochhalter, Magistrate Judge
                                                            United States District Court