**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| GATEWAY FASHION MALL, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>       PLAINTIFF,<br><br>VS.<br><br>CAPITAL EXTERIORS, INC., A NORTH DAKOTA CORPORATION; ROSE HILL BUILDERS, LLC, AN OKLAHOMA LIMITED LIABILITY COMPANY; JON ROISE, AS AN AGENT OF CAPITAL EXTERIORS, INC. AND/OR INDIVIDUALLY; PARKER LANGFORD, AS AN AGENT OF CAPITAL EXTERIORS, INC., AND/OR AS AN AGENT OF ROSE HILL BUILDERS, LLC AND/OR INDIVIDUALLY,<br><br>       DEFENDANTS. | **ORDER GRANTING JOINT APPLICATION TO EXTEND SCHEDULING ORDER DEADLIENS**<br><br><br><br>CASE NO. 1:24-CV-0073 |

On April 3, 2025, the Parties filed a Joint Application to Extend Scheduling Deadlines.  (Doc. No. 34).  For good cause shown, the court **GRANTS** the Parties' Application and amends the pretrial deadlines as follows:

1. All fact discovery will be completed by the following deadline, with all discovery pursuant to Rules 33, 34, and 36 to be served a minimum of thirty-three (33) days prior to the deadline: **7/7/2025**.

2. Discovery motions are due by **10/7/2025**.

3. The deadlines for exchanging complete expert witness reports are as follows:

   a. **7/7/2025** for Plaintiff;

      b.  **8/9/2025** for Defendants; and

      c.  **9/6/2025** for any rebuttal reports.

4. The deadline to complete discovery depositions of expert witnesses is **10/18/2025**.

5. Nondispositive Motions are due by **12/18/2025**.

6. Dispositive Motions are due by **12/18/2025**.

To ensure that there is sufficient time for the Parties to brief and the Court to address any dispositive motions that may be filed, the Court on its own motion shall continue the final pretrial conference and trial. Accordingly the final pretrial conference on January 20, 2026, shall be rescheduled for April 14, 2026, at 9:00 AM by telephone. To appear/participate in the final pretrial conference, the Parties should call 571-353-2301 and enter 292466149 followed by # when prompted for the "Call ID." The jury trial scheduled for February 2, 2026, shall be rescheduled for April 27, 2026, at 9:00 AM in Bismarck (Eagle Courtroom). A five (5) day trial is anticipated.

    **IT IS SO ORDERED.**

    Dated this 4th day of April, 2025.

                         */s/ Clare R. Hochhalter*
                         Clare R. Hochhalter, Magistrate Judge
                         United States District Court