**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| GATEWAY FASHION MALL, LLC, A DELAWARE LIMITED LIABILITY COMPANY, | |
| PLAINTIFF, | **ORDER** |
| VS. | |
| CAPITAL EXTERIORS, INC., A NORTH DAKOTA CORPORATION; ROSE HILL BUILDERS, LLC, AN OKLAHOMA LIMITED LIABILITY COMPANY; JON ROISE, AS AN AGENT OF CAPITAL EXTERIORS, INC. AND/OR INDIVIDUALLY; PARKER LANGFORD, AS AN AGENT OF CAPITAL EXTERIORS, INC., AND/OR AS AN AGENT OF ROSE HILL BUILDERS, LLC AND/OR INDIVIDUALLY, | |
| DEFENDANTS, | Case No. 1:24-cv-073 |
| ROSE HILL BUILDERS, LLC, | |
| THIRD-PARTY PLAINTIFF, | |
| VS. | |
| PROGRESSIVE MATERIALS, LLC, | |
| THIRD-PARTY DEFENDANT. | |

On July 1, 2026, the parties filed a Joint Application to Extend All Remaining Order Deadlines. (Doc. No. 53). The court **GRANTS** the parties' Joint Application (Doc. No. 53) and extends the pretrial deadlines as follows:

(1)    All fact discovery will be completed by the following deadline, with all discovery

1

pursuant to Rules 33, 34, and 36 to be served a minimum of thirty-three (33) days prior to the deadline: 11/02/2026.

(2)     Discovery motions are due by 2/21/2027.

(3)     The deadlines for exchanging complete expert witness reports are as follows:

(a)     11/02/2026 for plaintiff(s);

(b)     12/07/2026 for defendant(s); and

(c)     1/04/2027 for any rebuttal experts.

(4)     nondispositive motions (e.g. consolidation, bifurcation) are due by 4/13/2027.

(5)     dispositive motions (e.g. summary judgment) are due by 4/13/2027.

The final pretrial conference on May 4, 2027, shall be rescheduled for September 28, 2027, at 9:00 AM before the magistrate judge by telephone. To participate in the final pretrial conference, the parties should call (517) 353-2301 and enter access cod call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID."

The jury trial scheduled for May 17, 2027, is rescheduled for October 4, 2027, at 9:00 AM in Bismarck (Eagle Courtroom) before the Honorable Daniel L.Hovland. A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 1st day of July, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

2